Orig.

Exhibit          I F P

```
NAME: VIVIAN R CLARKE                    WEEK ENDING:   7/16/05   ALLEN FAMILY FOODS, INC.
EMPL. #: 3343    DEPT. #:  33            CHECK NUMBER:  559113
----------- EARNINGS/CREDITS ----------  ----------- TAXES/DEDUCTIONS -----------
DESCRIPT.--HOURS------CURRENT----Y-T-D-- DESCRIPTION---------CURRENT------Y-T-D--
REGULAR    40.00      372.00             FICA TAX              34.76      879.21
OVERTIME    5.90       82.31             FEDERAL TAX           53.63     1302.91
VACATION                                 STATE TAX             19.75      492.93
HOLIDAY                                  E.I.C.
SICK                                     PRETAX:INS&125       (PRE-TAX)
PERSONAL                                 UNION DUES 27          5.75
ADDTNL.                                  UNION DUES 355
HAND ADJ.                                SALES
                                         SUPPLIES
                                         ATTACHMENTS           46.15
                                         BUS
                                         CREDIT UNION
                                         OPTIONAL LIFE

TOTALS     45.90      454.31   11492.89  TOTALS                160.04
SSN : 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     RATE:     9.30                      NET PAY        294.27
```

v Fold And Tear On Perforation Below v