

Orig.
Complaint

# In & For
# The
# United States
# District Court
# Of
# Delaware

Vivian R. Clarke

    exploited plaintiff,

    v.

P & A Engineering, and All
Propertie(s), Affiliate(s) / Subsidiarie(s) -
Corporation(s) / Subcorporation(s)
and viable Asset(s) of
P & A Engineering Hereunder;
15 U.S.C. Section 80a-2.
And Judy Kitchen
And Arthur C. Adams et.al.,

    tort - feasor defendant(s).

05   647



FILED
SEP 2 - 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Dear Clerk,**

This is a viable "Federal - Question" / "Federal - Complaint"

Proximate Cause(s)

    **{01.} 42 U.S.C. Section 1981(a).**

I, was not treated as if I was white,. In which - which is / was

unconstitutional,.

## {02.} 42 U.S.C. Section 1985(3).

The {indignant - unlawful conspiracy}, that compelled my person vexatiously; to go "Out" of "Business," will be legally Remedied. Due to: {EQUAL JUSTICE}, under the law,. ................ This Heretofore wrongful - conspiracy, to wrongfully intentionally -

{Deny} my person'(s) "Federally - Protected Liberty - "Libertie(s); to have stayed in the "Dump - Truck" business, Per se Is / was still is; Totally Patently violative and hereby / thereby has wrongfully violated (other) multiple Constitutional " Federal Protection(s),." Please Note; I could not even {seek}, other contractual Agreement(s) with other Construction firm(s), due to the Vexatious culpable Damage(s) to my Tail - gate due to an agent Representative / employee of tort - feasor Defendant'(s),.

## {03.} 28 U.S.C. Section 1343.

I, have been wrongfully - Heinously Invidiously - intentionally

Invidiously Discriminated against due to my proud Nationality, and or the color of my skin,. In which was an **Act of "God",.**

Denied my Inalienable Constitutional Liberty; to have stayed in business with my Dump - Truck, Per se

Due to the , Docketed on the record Autoptic - tangible factual - fact(s), of "Exact - Evidence " of a undisputed Preponderance - of the Evidence (Via) an indignant - like unequivocal - Nature; In which, elaborate(s) / state(s) indubitably; That if an **Agent / Representative / Employee {Paver - Operator}** of tort - feasor Defendant'(s) , had not, (via) wrongful - negligence {Destroyed} the sole / main principle of my Dump - Truck'(s) Tail - gate, I would, have still been in **"Business",.** Under - state - ment,. Legal " Gravamen" - Same,.

### {04}. 28 U.S.C. Section 1331.

{05}. Wrongful (intentional - vexatious) Termination. With Malice Aforethought.

{06}. Breach of Contract. Exploited / Injured - Plaintiff, had been in full compliance / compliance(s) to Haul, and to continue to Haul what - ever Tort - Feasor defendants' Needed Delivered, Per se

{07}. Dereliction of dutie(s), to have treated my person "Equal",. And Fundamentally Fair,.

{08}. Intentional - continued infliction(s) of Emotional Distress.

{09}. Wanton Misconduct.

{10}. Willful & Wanton Misconduct.

{11}. Futile feeling(s).

{12}. Misperformance.

{13}. Nonperformance.

{14}. Scienter. With Malice.

{15}. Knowledge. / **Dereliction of dutie(s)**.

{16}. Actual Knowledge.

## {17}. Title 28 U.S.C Section 1658.

Mr. Vivian R. Clarke
728  Woolford Street
Seaford, Del,.  19973

x VIVAN R CLARKE