

Attch to complaint

"Bottom - Line" too;

I, have Lost **"Pecuniary"**, due to the wrongful - Gross - Negligence, of the Heretofore Paver - Operator of tort - feasor Defendant(s) ,. And I vehemently, but Amicably, Legally **"DEMAND"** :

{A}. Full / Complete unquestioned Rescissory - Damage(s) too; Under the Law;

{B}. I, may choose or Legally - amicably "DEMAND" that wrongful Tort - feasor Defendant(s)' also pay for a 2003 or Newer Class { 08 } viable "Road Worthy" D.O.T passable Truck - Tractor "Dump Truck". With A Brake Horse - power (minimal) Rating of at Least 430 bhp - 450 bhp To somehow, attempt to; Legally Supplement; Actual; "Liquidated Damage(s)" Per se See Also; Like Similar / Same in this Viable - Lethal - Federal Civil Action; See Penalty - Clause / Stipulated - Damage(s) {Legal} ; Per se  .............

This would / will be contingent / subsequent to any "OUT" of court, mutual - Settlement(s) ; In which I would optimistically - Legally vehemently consider,. If deemed truly Lucrative, without Hood - winking. Or any " over - reaching," of tort - feasor defendants and or Their " so

- called"  " Legal - Counsel,."

                                    Mr. Vivian R. Clarke
                                    728  Woolford Street
                                    Seaford, Del,.  19973

                               X*VIVIAN R CLARKE* *(signature)*