

*Orig. Attm[t] to Complaint*

# In & For The United States District Court Of Delaware

Vivian R. Clarke

    plaintiff,

        v.

P & A Company, Inc. {MHIC #8341} &
P & A {Engineers} / Engineering Company
Inc., & Mark Eisenhower, & All propertie(s),
& Affiliate(s), & Subsidarie(s) and All Asset(s) of
other owner'(s), share - holder'(s) of
P & A Company Inc. / P & A Engineer(s) Company
Hereunder; 15 U.S.C. Section 80a-2.
And Judy Kitchen
And Arthur C. Adams
And Billy Balberson et. Al.,

    tort - feasor defendant(s).

Civil Action No. _____ 0 5 _____ 6 4 7

"Federal -
  Complaint.
28 Section 1331.
U.S.C.A.



FILED
SEP 2 - 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### Please Take Legal - Manifest - Notice

The following Statement(s) are in full Legal - Binding Compliance / Compliances Herewith / Here - under; 28 U.S.C. Section 1746.

## Truthful - Legal - Binding

## Bona fide

## Chronological "STATEMENT;"

{01}. I, Feel so extremely futile, since the {Tort - Feasor - Racist}, Defendant'(s) wrongfully Terminated, my Professional "Dump - Truck" Service(s) Per se

Yes, I do have; Unequivocal {Irreparable - Damage(s); due to, "Vicariously - Liable" Tort - feasor Defendant'(s)

{02}. The, Vexatious Sacrifice(s) that I was wrongfully involuntarily - compelled to endure; Such as :

2-a. I, was compelled to involuntarily get a {02$^{nd}$ Mortgage} on my precious - Home,. Due to the sudden drastic - Down - fall, in my {Heretofore; incoming - "Pecuniary" - "INCOME," Per se "Yes," due to, the; "Gravamen - Same" {Wrongful - Termination};

**Please Also see; Title 28 U.S.C. Section 1658.**

Mr. Vivian R. Clarke
728 Woolford Street
Seaford, Del,. 19973

x Vivian R Clarke