
*Origi[nal] Exhibits complaint*

# In & For
# The
# United States
# District Court
# Of
# Delaware

Vivian R. Clarke

Civil Action No. 05     7

    plaintiff,

        v.

P & A Company, Inc. {MHIC #8341} &
P & A {Engineers} / Engineering Company
Inc., & Mark Eisenhower, & All propertie(s),
& Affiliate(s), & Subsidarie(s) and All Asset(s) of
 other owner'(s), share - holder'(s) of
P & A Company Inc. / P & A Engineer(s) Company
Hereunder; 15 U.S.C. Section 80a-2.
And Judy Kitchen
And Arthur C. Adams
And Billy Balberson et. Al.,

    tort - feasor defendant(s).

"Federal -
  Complaint.
28 Section 1331.
U.S.C.A.


FILED
SEP 2 – 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Dear; Clerk

Please be Legally advised of the following Autoptic - Tangible Legal Exhibit(s) being forwarded as plaintiff'(s) Exhibit(s);

{01}. Exhibit; "A" simply extend(s) to the court this "Rational Basis Test," oriented explicit Legal - Lawful enactment must be {Via} Lawful Ethical - Moral Virtue be constitutionally Vehemently "Enforced,"...... Under the Law,.........

{02}. Exhibit; "IFP" This is simply a viable (past) wage - stub verifying - employment, per se    For; In Forma Pauperis purpose(s);

{03}. Exhibit; "P & A"   This exhibit simply verifie(s) that Hood - winking insidious Tort - feasor Defendant(s) knew of the sole {Sole - Gravamen} same,.

{04}. 42 U.S.C. 1985(3). Exhibit "C"  simply amicably Request that the Court Legally Enforce,. And also Tort - feasor Defendant'(s) must be Legally - Manifestly Advised that the Lawful combination of; Proximate - cause No. 03  could easily cause Lawful Havoc for the day to day operation(s) of tort - feasor Defendant'(s) including but Not Limited to; Legally Petitioning ; To "Freeze" All Asset(s); Per se   See; Ancillary Attachment / "Receiver."

Vivian R. Clarke  
728 Woolford Street  
Seaford, Del., 19973

X\_\_VIVIAN R CLARKE