Section 1985. Conspiracy to interfere with civil rights    Case 1:05-cv-00647-SLR    Document 2-6    Filed 09/02/2005    Page 1 of 1    Page 1 of 2

05-647

Laws: Cases and Codes : U.S. Code : Title 42 : Section 1985

Exhibit C

[Search] [Title 42]

- United States Code
  - TITLE 42 - THE PUBLIC HEALTH AND WELFARE
    - CHAPTER 21 - CIVIL RIGHTS
      - SUBCHAPTER I - GENERALLY

U.S. Code as of: 01/22/02

## Section 1985. Conspiracy to interfere with civil rights

**Related Res**

Health Law

Health Artic
Docume

Health Disc

```
(1) Preventing officer from performing duties
   If two or more persons in any State or Territory conspire to
prevent, by force, intimidation, or threat, any person from
accepting or holding any office, trust, or place of confidence
under the United States, or from discharging any duties thereof; or
to induce by like means any officer of the United States to leave
any State, district, or place, where his duties as an officer are
required to be performed, or to injure him in his person or
property on account of his lawful discharge of the duties of his
office, or while engaged in the lawful discharge thereof, or to
injure his property so as to molest, interrupt, hinder, or impede
him in the discharge of his official duties;
(2) Obstructing justice; intimidating party, witness, or juror
   If two or more persons in any State or Territory conspire to
deter, by force, intimidation, or threat, any party or witness in
any court of the United States from attending such court, or from
testifying to any matter pending therein, freely, fully, and
truthfully, or to injure such party or witness in his person or
property on account of his having so attended or testified, or to
influence the verdict, presentment, or indictment of any grand or
petit juror in any such court, or to injure such juror in his
person or property on account of any verdict, presentment, or
indictment lawfully assented to by him, or of his being or having
been such juror; or if two or more persons conspire for the purpose
of impeding, hindering, obstructing, or defeating, in any manner,
the due course of justice in any State or Territory, with intent to
deny to any citizen the equal protection of the laws, or to injure
him or his property for lawfully enforcing, or attempting to
enforce, the right of any person, or class of persons, to the equal
protection of the laws;
(3) Depriving persons of rights or privileges
   If two or more persons in any State or Territory conspire or go
in disguise on the highway or on the premises of another, for the
purpose of depriving, either directly or indirectly, any person or
class of persons of the equal protection of the laws, or of equal
privileges and immunities under the laws; or for the purpose of
preventing or hindering the constituted authorities of any State or
Territory from giving or securing to all persons within such State
or Territory the equal protection of the laws; or if two or more
persons conspire to prevent by force, intimidation, or threat, any
citizen who is lawfully entitled to vote, from giving his support
or advocacy in a legal manner, toward or in favor of the election
```