# P & A Engineering

P.O Box 397
Delmar, De 19940
PH 302-846-3350
Fax 302-846-3517

Orig.

November 24, 2003

V.R Clarke
728 Woolford Street
Seaford, DE 19973

Dear Sir:

You reported to P & A Engineering that your truck had been damaged by a customer's hot mix paver.

After researching your allegations I came to the conclusion that neither P & A Engineering nor our customer is responsible for the damage to your truck or for your down time. The reason for refusing your payment request is we are unable to verify the incident due to the time frame in which you reported the incident to us.

It might be wise in the future to report such circumstances immediately to the customer as well as to Judy Kitchen at P & A Engineering, along with the following information:

1. The customer
2. The job
3. The time of incident
4. Circumstances of accident

In the future if it is found that P & A Engineering or one of our customers is at fault for damaging your truck, than it will be our responsibility to find a reputable company or P & A's shop to repair the damage.

Sincerely,

Arthur C. Adams
General Manager, Asphalt Division

Exhibit "P & A"