*Motion orig* [handwritten margin note]

# In & For The United States District Court Of Delaware

05    647

Vivian R. Clarke

    plaintiff,

        v.

P & A Company, Inc. {MHIC #8341} &
P & A {Engineers} / Engineering Company
Inc., & Mark Eisenhower, & All propertie(s),
& Affiliate(s), & Subsidarie(s) and All Asset(s) of
other owner'(s), share-holder'(s) of
P & A Company Inc. / P & A Engineer(s) Company
Hereunder; 15 U.S.C. Section 80a-2.
And Judy Kitchen
And Arthur C. Adams
And Billy Balberson et. Al.,

    tort-feasor defendant(s).

Civil Action No._____

"Federal -
  Complaint.
28 Section 1331.
U.S.C.A.



FILED

SEP 2 - 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## - Motion -

For, reputable, professional bona fide; " Court - Appointed"

**Federal - Bar; " Legal Counsel,."**

Defendant'(s) - Tort - feasor(s) / Listed Above, in viable caption;

Have wrongfully {denied}, my inalienable - civil Liberties to have

stayed in {Gravamen} the " Dump - Truck" business per se

And thus, they (defendant'(s)) have had more than enough time to have legally Honored, their unquestioned culpable obligation(s) to my person,. I, am standing on the Honorary - Honorable Provision(s) of like - similar rational basis test.

See; 42 U.S.C. Section 1988 (b)(c)

Mr. Vivian R. Clarke<br>
728 Woolford Street<br>
Seaford, Del., 19973

x*Vivian R Clarke* (signature)