Orig.
motion for damage

# In & For The United States District Court Of Delaware

Vivian R. Clarke

Civil Action No. 05 647

plaintiff,

v.

P & A Company, Inc. {MHIC #8341} &
P & A {Engineers} / Engineering Company
Inc., & Mark Eisenhower, & All propertie(s),
& Affiliate(s), & Subsidarie(s) and All Asset(s) of
other owner'(s), share - holder'(s) of
P & A Company Inc. / P & A Engineer(s) Company
Hereunder; 15 U.S.C. Section 80a-2.
And Judy Kitchen
And Arthur C. Adams
And Billy Balberson et. Al.,

"Federal -
    Complaint.
28 Section 1331.
U.S.C.A.

tort - feasor defendant(s).



FILED

SEP 2 – 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

*********************************************************************

## Motion for;

**Pecuniary Damage(s)**   Here - under Title 28 U.S.C. Section 2108.

{01}. **Rescissory** damage(s) ; I, the {wrongfully} injured / exploited victim of **{Wanton} {Invidious} {Disparate}** "Gross" "Ungodly - Discrimination" do hereby; Vehemently amicably "D E M A N D"; Since my tailgate was ruined (via) Tort - Feasor / Defendant(s), whom have shown absolutely "NO" Remorse nor have they created any discussion(s) / meaningful communication(s) verbally nor through the Honorable; United States Post Office(s)' mail Service(s), Per se

Apparently, when I was involuntarily compelled to go; "OUT" of business, due to Tort - feasor Defendant(s) I could have literally fell off the face of the EARTH, Per se

Didn't matter to them then, now Heretofore, Doesn't matter to them Now,. Please Take Lawful - Legal N O T I C E; Self - Executing; Title 28 U.S.C. Section 1658. Is a genuine **{Proximate} {Justa Causa}** in this **{Pendente lite}** Legal - Viable - Lethal "Federal - Question(s)" Lawful Manifest Action; Yes, Vicarious - Liabilities due evolve unequivocally. All, Past Pecuniary, that my Dump truck would've made Retro - Active under - Law Per se

Heretofore the Gravamen wrongful Invidious Termination Date ,.

Please Take Notice; Plaintiff will Demand for All / Work Record(s) (via) / during Legal - **"Discovery"** if need be,.   Concerning the Past Pecuniary that I would've made, Per se

{02}. Exemplary Damage(s) ; I, Mr. Vivian R. Clarke {plaintiff} do Hereby Legally "DEMAND" **$ 4.5 Million Dollar(s) U.S. Currency,** to Attempt to feel whole again,. Since the wrongful - Termination I Feel so, involuntarily **"FUTILE",.** This, case must Receive Constitutional Justice to avoid the {Federal} Appeal(s) Process,. Am I / was I Equal under the Law? As the honorable United States Constitution Exemplifie(s) ? Was I Equal the Day I was wrongfully - Terminated,.

An, impartial justice / judge and or jury, will be legally Requested Here - under Rational basis test,. Cognizable pending Congressional codified Explicit Federal Enactment(s),. To decide the fate of these priority wrongfully Related; **"Civil Right'(s)** Violation(s) of tort - feasor Defendant(s),. Whom refused to fix my equipment, After an agent - Representative of Defendant(s) screwed up (via) "Negligence" and Ruined my "Tail - gate," in which - which at that point my Dump - Truck was literally Deemed involuntarily **" OUT of SERVICE",.**

As far as, my person being able to continue to Make Pecuniary Per se To earn a living Per se . Also; I unfortunately was compelled to sell the Dump - Truck at **{Less}** than 20% of it's Actual Value,. Due to not being able to work the Truck, Bills piled up, up, up Actually; Factually Tort - Feasor Defendant'(s) ended my Owner - Operator - Dump Truck Business!

Mr. Vivian R. Clarke

728 Woolford Street

Seaford, Del,. 19973

x Vivian R Clarke