Orig
Letter to clerk

# In & For
# The
# United States
# District Court
# Of
# Delaware

Vivian R. Clarke

Civil Action No._____

plaintiff,

v.

P & A Company, Inc. {MHIC #8341} &
P & A {Engineers} / Engineering Company
Inc., & Mark Eisenhower, & All propertie(s),
& Affiliate(s), & Subsidarie(s) and All Asset(s) of
other owner'(s), share - holder'(s) of
P & A Company Inc. / P & A Engineer(s) Company
Hereunder; 15 U.S.C. Section 80a-2.
And Judy Kitchen
And Arthur C. Adams
And Billy Balberson et. Al.,

"Federal -
 Complaint.
28 Section 1331.
U.S.C.A.

tort - feasor defendant(s).



FILED

SEP 2 - 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Dearest; Clerk, & Staff**

I, can almost assure your {constitutional} unbias pertaining to this (legal)

Action; How - ever, since it is, very questionably common - place, /

Prevalent that this Federally owned & operated United States District Court;

may? Border - line? Over - Reachingly go illicitly like? Against Pro se

litigant(s)   {Vel Non}

I, must tell all I am "Fully - Fully" confident of, just this; "Justice," will be mine,. Is this a "Democracy"? Are we all Equal under the Law? As the Honorable; U.S. Const., 14th Amendment stipulate(s),. Well tort - feasor Defendant(s) must Legally Learn this,. In this way, this court if it does impose just - "Justice," **(As 28 U.S.C. Section 453.** Mandate(s)) and or if this court simply Legally Enforce(s) my Inalienable - Libertie(s) ;   of Federally Protected - Federal Congressional codified - viable - statutory - explicit - Legislative enactment(s), including but not Limited there - Hereto; Constitutional; "Rational - basis - test,." This court must not be "biased,." Also see Vicarious - liabilitie(s) **42 U.S.C. Section 1442.**

An amicable word to the "wise"; Yes, At this current time, I am proudly "Pro se,." However I am ready to protect my Legal interest; And if any Questionable "Over - Reaching" Act(s), of this "High - Court," will be Legally, brought to the Attention of; The United States Attorney'(s) office in our Nation'(s) Capital, And or also the Honorable; United States "Public Integrity" Section in Washington, D.C. Also what illegally happened to myself and my business did happen,. "So" Full justice and or an; Out of Court Settlement shall be Legally mine,.

I Legally - Demand to get; Constitutional Pecuniary - Relief; And other Damage(s);

Vivian R. Clarke
728 Woolford Street
Seaford, Del., 19973

X *VIVIAN R. CLARKE*

*VIVIAN R. CLARKE*