# In & For
# The
# United States
# District Court
# Of
# Delaware

Vivian R. Clarke           Civil Action No. 05-647

    plaintiff,

        v.

P & A Company, Inc. {MHIC #8341} &
P & A {Engineers} / Engineering Company      "Federal -
Inc., & Mark Eisenhower, & All propertie(s),        Complaint.
& Affiliate(s), & Subsidarie(s) and All Asset(s) of    28 Section 1331.
  other owner'(s), share - holder'(s) of           U.S.C.A.
P & A Company Inc. / P & A Engineer(s) Company
Hereunder; 15 U.S.C. Section 80a-2.
And Judy Kitchen
And Arthur C. Adams
And Billy Balberson et. Al.,

    tort - feasor defendant(s).



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Notice of; Viable Unequivocal; "Federal - Question"

### {CASE},....................

### Dearest; "Clerk"

Update(s); I, am extending my very best to; Ron?" Whom I spoke to at length(s) on Tuesday 09 - 06 - 05,. Concerning my case,. See

**Civil Action No. 05 - 647**

I, am sort of in - questioned, of the Questionable {Conjecturing - Over - Reaching - Like} Request} for myself a "Pro se" at this current time,. I am questioning {amicably} the reason that I had to fill out the; Civil Docket / Cover Sheet,?" myself,. Per se

**However, As "God," as my witness, I will ultimately find; "EQUAL" "Justice" under the "Law;" Now if Title 28 U.S.C. Section 1442(a)(3).** Come(s) into play, I'll proceed {Legally} accordingly,. Under - state - ment,.

However, if this case has been handled under the Law; usual / common - place / prevalent; My sincerest of apologie(s). All I amicably Demand is Justice As A reminder yes I have {some - what} contemplated the U.S. Code, but I do not in anyway proclaim to be an "Attorney,."

**Again I am Manifestly - Legally Pro se,. At this time,.**

Please Note; Your'(s) truly the Deputy - Clerk that I spoke with; would only elaborate sparingly within the lawful - bound(s), of procedural - Question(s) {ONLY},. "OK,." Not a problem,. My hat is off to the Court ,. That you All,. But I would like this Case "Kicked - Off," A.S.A.P. Under

the law but only contingent / Subsuquent to the Honorable Illustrious Justice / Judge presiding Per se,.

I, have spoke with the 03rd U.S. Circuit in regard(s) to any suspicious {future - possibilitie(s)} of Malfeasance - Mal - Act(s) of; a nature that would compel myself to Legally - Autoptically Petition / complain to the incumbent viable; office of the {Circuit - Executive} And Staff,.

I, request that the Owner / Proprietor Mr. Mark Eisenhower be solely served by the U.S. Marshal(s) Service,. Him Alone,. I'll also forward a {Substantive - Motion} for {Same,.}

Again; As I do ultimately vehemently truly Apologize,. If this is construed the wrong - way. Per se

How - ever, I am Pro se and if anyone attempt(s) to make a {dupe} of myself / my person to benefit the tort - feasor liable defendant(s),. You'll only sacrifice possibly being added Here - under 42 U.S.C. Section 1985(3). Oh yea,. I have to Protect my Best - interest,. Hopefully this court does not condone "Intentional Discrimination,."

Sincerely<br>
Directly<br>
Your(s),<br>
<br>
x Vivian·R·Clarke<br>
Vivian R. Clarke<br>
728 Woolford Street<br>
Seaford, DE 19973