IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

VIVIAN R. CLARKE,                )
                                 )
        Plaintiff,               )
                                 )
        v.                       )   Civ. No. 05-647 SLR
                                 )
P & A COMPANY INC., P & A        )
ENGINEERING COMPANY INC.,        )
MARK EISENHOWER, JUDY KITCHEN,   )
ARTHUR C. ADAMS, and BILLY       )
BALBERSON,                       )
                                 )
        Defendants.              )

## ORDER

At Wilmington this 19th day of September, 2005, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge