# In & For
# The
# United States
# District Court
# Of
# Delaware

ORIGINAL

Vivian R. Clarke            Civil Action No. 05-647-SLR

    plaintiff,

        v.

P & A Company, Inc. {MHIC #8341} &
P & A {Engineers} / Engineering Company      "Federal -
Inc., & Mark Eisenhower, & All propertie(s),      Complaint.
& Affiliate(s), & Subsidarie(s) and All Asset(s) of      28 Section 1331.
other owner'(s), share-holder'(s) of      U.S.C.A.
P & A Company Inc. / P & A Engineer(s) Company
Hereunder; 15 U.S.C. Section 80a-2.
And Judy Kitchen
And Arthur C. Adams
And Billy Balberson et. Al.,

    tort-feasor defendant(s).

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## EMERGENCY MOTION

For the Court to "Show - Cause;" As to why, Unlawful - Illicit Proscribed Intentional OBSTRUCTION'{S} of "J U S T I C E" have invidiously set in which is {subject / Gravamen}; intentional OBSTRUCTION(S) of

Justice {Via} the Apparent incumbent Notorious "Clerk," of this court and or Honorable Chief Judge Ms. Sue L. Robinson; neither being above the Law,. This emergency motion shall be Legally - Hereby Entertained, in the lawful interest of justice,. And to maintain Elemental - Fundamental Rudimentary Uniformity in this Federally United States of America owned & operated / Court of Law,. Understatement,.

Conclusion to this pending / viable "Emergency - Motion" to show cause in Civil Action No.**05 -647 SLR** Is totally - totally Vehemently - Patently - Notoriously "Unconstitional;" for the apparent Chief Judge, of this court, to; possibly illicitly engage in; Proscribed / Prohibited favoritism / or for her to unconstitutionally - vexatiously BREACH; Title 28 U.S.C. Section 453. In which, thus is the still viable still, Legally continuing Constitutional Oath,. That she for - took; Heretofore and her Lawful, commitment, to uphold the Federally - protected inalienable Libertie(s) of both the Rich & the {poor} Yes it is but so obvious, at this point that, Title 28 U.S.C. Section 455. May immediately be also petitioned for This court, by Lawful virtue, must treat my person, "Equal under the Law(s). Or Legal Consequences will or may already be ensueing,. See; U.S. Court 14th Amendment. As, to my inalienable, "Federally - "guaranteed - Libertie(s),

It is so obvious,. That thus, far this court is {Not} at all impartial,. As the United States Constitution implement(s),. Under the Law,.

It is my "Legal - Wish" that these vexatious - Delay(s) STOP; As well as the current; OBSTRUCTION(S) of Justice based; delay, of the Court,. In which has but only superficially - transparently unlawfully inquestioned my viable Federal - Question Case,. In which these indelible on the record delay(s) are totally - vehemently inconsistent with the Fundamental(s) of Inalienable Libertie(s) to File, suit in a U.S. Const. Art. III, court of law,. For, as I reiterate; I am "Constitutionally "EQUAL, UNDER the Law, . Does, the U.S. District of "DELAWARE'(s) COURT STAFF, AND OR Judge / Justice(s), are they aware that this is a "DEMOCRACY"? And in fact one "Nation, with liberty, and "Justice for all,.

Please Take Notice:

Title 28 U.S.C. Section 1292. Is not a Problem. The United States Public - Integrity Section and the United States Department of Justice office of Civil - Right'(s) / "Criminal Section,." Will soon be inquestioned,. As to why the Judge in this case is intentionally "Obstructing - Justice," in my Fully - vehemently constitutional; "Federal - Question" case,. This case must by lawful virtue, Legally adjudicated, and or settled out of court,.

Per se contingent / subsequent to a mutual Pecuniary Agreement,. The buck doesn't {stop} at the U.S. District Court Level,.

My hat is "Off, to the "Court,. How-EVER, "Not - "With - "Standing, The; "Very - repugnant - "Luminous - "Overt - "Manifest; "Tabloid - like; Apparent, pending fact, that possible corruption, does co-EXIST, in this U.S. District ?? The; { 600-k }, question / cloud being currently { HELD } Over; an active "Federal - judge, of this "Federally - "Owned, & "Operated Court, of "LAW,. A loan, ?? { Sic },. ……… ……………………………

The United States 03rd Circuit, of "Appeal(s), will be on call,. Due to, I must receive JUSTICE, in this case,. By lawful virtue, under the law,.

x<u>vivian R.CLARKE</u>

Vivian R. Clarke