ORIGINAL

*Mr. Vivian R. Clarke*
*728 Woolford Street*
*Seaford, Del. 19973*

**UNITED STATES Civil Right'(s)**
**Commission**
**624 9th Street N.W.**
**Washington, D.C.  20001 - 5303**

### Re; EQUAL JUSTICE under the Law

Good day ! I am a Pro se Litigant in the U.S. District of Delaware,. I have a Rational basis test., "Federal - Question" case,. That is being intentionally "Over - Looked,." Due to my unfortunate indigently , / pauper status,. I have been in America for; 26 year(s) and I believe in the U.S. Constitution and the Art. III  Court system

However; I, was a bona fide "Dump - Truck" owner,. Who legally was contracted to; P & A   Companies(s),  C/O    Proprietor; Mr. Mark Eisenhower based out of Delmar, Delaware,.

Please Take Notice;

Title 42 U.S.C. Section 1981(a). Has been also unequivocally breached,. I am simply / amicably Requesting constitutional Justice,. In viable Civil Action No. 05 - cv - 647 SLR in the U.S. District of Delaware. I, will be Requesting this Honorable entity, to be an Amicus curiae,.

**Cc; "U.S. Dept., of JUSTICE -**
**"Civil - "Right'(s)   /   Criminal - Section**
**Mr. Julian Bond c/o "N.A.A.C.P."**

**Hon. " Ms. Sheila Jackson Lee" / Viable members of Congress in D.C. .**

XVivian R. CLARKE

Mr. Vivian R. Clarke