# In & For
# The
# United States
# District Court
# Of
# Delaware



RECEIVED
JAN 2 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Vivian R. Clarke                                   Civil Action No. **05-647 SLR**

    plaintiff,

        v.

P & A Company, Inc. {MHIC #8341} &
P & A {Engineers} / Engineering Company                "Federal -
Inc., & Mark Eisenhower, & All propertie(s),              Complaint.
& Affiliate(s), & Subsidarie(s) and All Asset(s) of    28 Section 1331.
 other owner'(s), share - holder'(s) of                U.S.C.A.
P & A Company Inc. / P & A Engineer(s) Company
Hereunder; 15 U.S.C. Section 80a-2.
And Judy Kitchen
And Arthur C. Adams
And Billy Balberson et. Al.,

    tort - feasor defendant(s).

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## Certificate / Proof of S E R V I C E

I, the Pro se vexatiously injured plaintiff; Mr. Vivian R. Clarke in

Civil Action No. 05-647SLR   I do hereby express / Acknowledge to this

court that copie(s) of this Emergency Motion for the court to Legally

show - clause as to why these illegal obstruction(s) of Justice have unlawfully surfaced. Copie(s) have been sent to Tort - feasor / defendant Mark Eisenhower proprietor of President / Owner / former - owner of

## P & A Companie(s)

## 36393 Sussex - Hwy

## Delmar, DE 19940

X *Vivian R. Clarke*

Vivian R. Clarke