FPS-166                                                                           DATE: February 21, 2006

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

### No. 06-1431

Clarke  v. Eisenhoser

To:     Clerk

1)      Motion by Appellant for leave to appeal in forma pauperis

_____
The foregoing motion to proceed in forma pauperis is granted.


                                                        For the Court,


                                                        /s/Marcia M. Waldron
                                                        Clerk

Dated: March 1, 2006

CH/cc: Ms. Vivian R. Clarke

**A True Copy:**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk