Mr. Vivian R. Clarke
                                                  728 Woolford Street
                                        Seaford, Del. 19973 - 2863

The "Distinguished - Incumbent;"
Ms. Marcia M. Waldron
21400 United States Court - House
"INDEPENDENCE MALL WEST"         " VERY URGENT" /
601 MARKET STREET
City of Brotherly - Love  ?               "Imperative"
Philadelphia, Pa., 19106 - 1701

                                                           05-647 (SLR)

In re; "Vexatious - Unjustified Wrongful - Delay See;

Prior Synonym Heretofore - Here - under;

28 U.S.C.A. Section 1361.



FILED
APR 0 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Dearest; Ms. Waldron, & Elite dedicated - "EQUAL - JUSTICE"

Bottom - Line Based Honorary Subordinate(s);

"Please Take Legal" - "Lawful; Notice"

I, need to Please, have my case; in the court - below Civil -

Action No. 05 - cv - 00647 SLR Legally - Immediately - Spontaneously Expedited; For Equal - Justice under the Law;

## Please Let Court - Below know of; 28 U.S.C.A. Section 1442(a)(3).

I, will also be writing directly to The Honorable; David H. Souter, - The Distinguished Circuit Justice / & Elite - Eminent Member of The SUPREME - Zenith - Apex; {09}, in our Nation'(s) Capital,. This is so so Serious - very Serious Serious - Business; Obstruction of Justice is Unconstitutional,. It is so unfair that I have to wait,. Just because I do not have at this Time, an on the Record Attorney per se

This case will soon go down in History,. Vel non Due, to the Unequivocal indubitable; Self - Executing / Rational basis test., "Manifest - Federalized" - Explicit Federal incumbent - viable Legal - justa causa; enactment(s); That should have, if I were, white, or had a white Attorney; This case would be as it should be in Post - "Pre - Trial" judicial - Phone conference per se

And yes, I have source(s), I know that P/A Engineering Inc. /        2

Mark Eisenhower are aware of this Federal Litigation. As well as other stockholders. Per se Of the "Racist Defendant - Tort - feasor(s)"

## Bottom - Line

Just wanted to let you know in writing, that my viable - {Pendente lite} case is being illegally - "Unlawfully - Delayed,." By way of the Now Chief - Judge Hon. {SLR} U.S. District of Delaware,. A Federally owned and Operated; "EQUAL - Justice" "Court of Law;"

Also; I have a viable case number, this court, that I due hereby, amicably Vehemently "Re - Quest" that it be Held in Lawful Abeyance; in Case of any Further Racial - Injustice of the inferior Court - below / Judge Below and even she, is not; "Above the Law,." I do appreciate her at this Point for letting my case still be viable,. While at the same time many - month(s), have gone bye - bye,. I would like to; have Justice in my case,. Is True Democracy in the de facto - like court below?

3

                                             **Surely**
                                            **Factually**
                                                **Truly**
                                             **Your(s)**

Cc: Julian Bond / N.A.A.C.P. /     X<u>VIVIAN R CLARKE</u>
Atlanta, Ga.,   - {Office}
Hon. Sue L. Robinson - "Staff"
Prestigious; Toby SLAWSKY
"Circuit - Executive"



Attn; Peter T. Dalleo    C/O Chief Judge's Staff

"U.S. District" of

"D E L A W A R E"

844 N. King St.

Wilmington, Del.,    19801 - 3570

RECEIVED APR 04 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

7005 1820 0003 5823 8114