APPEAL, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:05-cv-00647-SLR
### Internal Use Only

Clarke v. Eisenhower et al
Assigned to: Honorable Sue L. Robinson
Cause: 42:1981 Job Discrimination (Race)

Date Filed: 09/19/2005
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Vivian R. Clarke**

represented by **Vivian R. Clarke**
728 Woolford Street
Seaford, DE 19973
PRO SE

V.

**Defendant**

**Mark Eisenhower**

**Defendant**

**P & A Engineering**
*and All Properties, Affiliates,
Subsidiaries, Corporations,
Subcorporations and viable Assets*

**Defendant**

**Judy Kitchen**

**Defendant**

**Arthur C. Adams**

**Defendant**

**Billy Balberson**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/02/2005 | 1 | MOTION for Leave to Proceed in forma pauperis - filed by Vivian R. Clarke. (Attachments: # 1 Exhibit to IFP)(dab, ) (Entered: 09/07/2005) |
| 09/02/2005 | 2 | COMPLAINT filed with Jury Demand against Mark Eisenhower, P & A Engineering, Judy Kitchen, Arthur C. Adams , Billy Balberson-Magistrate Consent Notice to Pltf. - filed by Vivian R. Clarke. (Attachments: # 1 Attachment 1 to Complaint# 2 Attachment 2 to |

| | | |
|---|---|---|
| | | Complaint# 3 Exhibit 1 to Complaint# 4 Exhibit A to Complaint# 5 Exhibit C to Complaint# 6 Exhibit P & A to Complaint)(dab, ) Modified on 9/7/2005 (dab, ). (Entered: 09/07/2005) |
| 09/02/2005 | 3 | MOTION to Appoint Counsel - filed by Vivian R. Clarke. (dab, ) (Entered: 09/07/2005) |
| 09/02/2005 | 4 | MOTION for Damages - filed by Vivian R. Clarke. (dab, ) (Entered: 09/07/2005) |
| 09/02/2005 | 5 | Letter to Clerk from Vivian R. Clarke regarding filing pro se. (dab, ) (Entered: 09/07/2005) |
| 09/07/2005 | 6 | Letter to Clerk from vivian R. Clarke regarding service on Dft Mark Eisenhower. (dab, ) (Entered: 09/07/2005) |
| 09/14/2005 | | Case assigned to Judge Sue L. Robinson. Please include the initials of the Judge (SLR) after the case number on all documents filed. (rjb, ) (Entered: 09/14/2005) |
| 09/19/2005 | 7 | ORDER granting 1 Motion for Leave to Proceed in forma pauperis . Signed by Judge Sue L. Robinson on 9/19/05. (fmt, ) (Entered: 09/19/2005) |
| 12/15/2005 | 8 | MEMORANDUM AND ORDER denying 3 Motion to Appoint Counsel, granting 4 Motion which court has construed as an amendment adding a prayer for damages to the complaint; pltf.'s complaint is DISMISSED without prejudice and pltf. is given leave to amend the complaint which shall be filed within thirty days; if an amended complaint is not filed within the time allowed, the case will be closed. Signed by Judge Sue L. Robinson on 12/15/05. (rld, ) Modified on 12/15/2005 (rld, ). (Entered: 12/15/2005) |
| 12/15/2005 | | Set/Reset Deadlines: Notice of Compliance deadline set for 1/17/2006 for pltf. to file an amended complaint per court's order of 12/15/05. (rld, ) (Entered: 12/15/2005) |
| 01/19/2006 | 9 | NOTICE OF APPEAL of 8 Order on Motion to Appoint Counsel,, Order on Motion for Miscellaneous Relief,. Appeal filed by Vivian R. Clarke. Time of Filing: 10:09 a.m. (fmt, ) (Entered: 01/19/2006) |
| 01/19/2006 | 10 | Letter to United States Civil Rights Commission, Washington, D.C. from Vivian Clarke regarding Equal Justice under the Law. (fmt, ) (Entered: 01/19/2006) |
| 01/24/2006 | 11 | NOTICE OF SERVICE of Emergency Motion by Vivian R. Clarke. (fmt, ) (Entered: 01/25/2006) |
| 02/03/2006 | 12 | NOTICE of Docketing Record on Appeal from USCA for the Third Circuit re 9 Notice of Appeal filed by Vivian R. Clarke. USCA Case Number 06-1431. USCA Case Manager: Carolyn Hicks (DOCUMENT IS RESTRICTED AND CAN ONLY BE VIEWED BY COURT STAFF) (ch2, ) (Entered: 02/03/2006) |
| | | |

| 02/27/2006 | | ***Set Paper Documents Flag (rbe, ) (Entered: 02/27/2006) |
|---|---|---|
| 03/01/2006 | 13 | ORDER of USCA. Decision of USCA: granting informa pauperis.(ch2, ) (Entered: 03/01/2006) |