OFFICE OF THE CLERK

**UNITED STATES COURT OF APPEALS**

| Marcia M. Waldron | FOR THE THIRD CIRCUIT | Telephone |
| Clerk | 21400 United States Courthouse | 267-299-4926 |
|  | 601 Market Street |  |
|  | Philadelphia PA 19106-1790 |  |

www.ca3.uscourts.gov

October 24, 2006

Mr. Peter T. Dalleo, Clerk
U.S. District Court for the District of Delaware
844 King Street
Lockbox 18
Wilmington, DE  19801

RE: Docket No. 06-1431
    Clarke  vs. Eisenhower
    D.C. No. 05-cv-00647

Dear Mr. Dalleo:

    Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case. The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

    Kindly acknowledge receipt for same on the enclosed copy of this letter.

    Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified judgment is also enclosed showing costs taxed, if any.

                                Very truly yours,
                                MARCIA M. WALDRON, Clerk

                            By: Carolyn Hicks, Case Manager

Enclosure

cc:
        Vivian R. Clarke